BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED

SEP 10 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN MICHAEL DICHIARA, ) <br> JAMES CHRISTOPHER CASTLE, ) <br> REMUS ALAN KIRKPATRICK, ) <br> LAURA MARIE PEZZI, ) <br> GEORGE B. LARSEN, ) <br> LARRY TODT, and ) <br> MICHAEL ROMANO, ) <br> ) <br> Defendants. ) | Case No. <br><br> 2:15-CR-0190 GEB <br><br> ORDER TO SEAL <br><br> (UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Audrey B. Hemesath to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrests of the defendants or until further order of the Court.

Dated: 9/10/2015

_____
CAROLYN K. DELANEY
United States Magistrate Judge
KENDALL J. NEWMAN

Petition to Seal Indictment and
[Proposed] Order

3