BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMSATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MICHAEL DICHIARA,<br><br>Defendant. | CASE NO. 2:15-CR-190 GEB AC<br><br>STIPULATION AND [PROPOSED] PROTECTIVE ORDER |

WHEREAS, the parties desire to prevent the unauthorized disclosure or dissemination of certain sensitive but unclassified discovery materials to anyone not a party to the court proceedings in this matter, or to defendant JOHN MICHAEL DICHIARA in this case as provided below;

WHEREAS, the sensitive but unclassified discovery materials at issue include information pertaining to victims or potential victims in this case, including personal identifying information, identification documents such as driver's licenses, social security cards, a birth certificate, and access device numbers such as credit card numbers;

WHEREAS, such sensitive but unclassified discovery materials shall be identified as sensitive and subject to a protective order at the time of disclosure, whether on the documents or other materials (e.g., CDs) themselves or in an accompanying cover letter;

WHEREAS, the parties agree that entry of a stipulated protective order is appropriate, and that a private agreement is not appropriate in light of the nature of the information at issue and the charges in

1 this case; and

2     WHEREAS, the defendant, JOHN MICHAEL DICHIARA, has counsel ("Defense Counsel")
3 who wishes the opportunity to review the discovery;

4     Defendant JOHN MICHAEL DICHIARA and plaintiff United States of America, by and
5 through their undersigned counsel of record, hereby agree and stipulate as follows:

6     1.    This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of
7 Criminal Procedure, its general supervisory authority, and Local Rule 141.1.

8     2.    This Order pertains to all discovery provided to or made available to Defense Counsel
9 that is identified as sensitive and subject to a protective order in this case (hereafter, collectively known
10 as "the protected discovery").

11     3.    Defense Counsel shall not disclose any of the protected discovery to any person other
12 than the defendant, or attorneys, law clerks, paralegals, secretaries, experts, and investigators, involved
13 in the representation of his client.  Defendant may review the protected discovery outside the presence
14 of her attorney if Defense Counsel redacts sensitive information from that discovery and obtains
15 advance approval from counsel for the United States of America to share a redacted version of that
16 discovery with Defendant.

17     4.    The protected discovery and information therein may only be used in connection with the
18 litigation of this case and for no other purpose.  The protected discovery is now and will forever remain
19 the property of the United States Government.  Defense Counsel will return the discovery to the
20 Government or certify that it has been shredded or otherwise destroyed at the conclusion of the case.

21     5.    Defense Counsel will store the discovery in a secure place and will use reasonable care to
22 ensure that it is not disclosed to third persons in violation of this agreement.

23     6.    If Defense Counsel releases custody of any of the protected discovery, or authorized
24 copies thereof, to any person described in paragraph (3), Defense Counsel shall provide such recipients
25 with copies of this Order and advise that person that the protected discovery is the property of the United
26 States Government, that the protected discovery and information therein may only be used in connection
27 with the litigation of this case and for no other purpose, and that an unauthorized use of the protected
28 discovery may constitute a violation of law and/or contempt of court.

7. In the event that the defendant obtains substitute counsel, undersigned Defense Counsel agree to withhold the protected discovery from new counsel unless and until substituted counsel agrees to be bound by this Order.

8. Defense Counsel shall be responsible for advising his client, employees, and other members of the defense team of the contents of this Stipulation/Order.

IT IS SO STIPULATED.

Dated:  September 24, 2015               Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                   By:   /s/  Audrey B, Hemesath
                                         AUDREY B. HEMESATH
                                         Assistant U.S. Attorney


                                   By:   /s/ Robert M. Wilson
                                         ROBERT M. WILSON
                                         Counsel for JOHN MICHAEL DICHIARA


**ORDER**

IT IS SO FOUND AND ORDERED.

DATED:  September 25, 2015

                                         _____
                                         ALLISON CLAIRE
                                         UNITED STATES MAGISTRATE JUDGE

3