BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN MICHAEL DICHIARA,<br>REMUS ALAN KIRKPATRICK,<br>LAURA MARIE PEZZI,<br>GEORGE B. LARSEN,<br>MICHAEL ROMANO,<br><br>　　　　　　Defendants. | CASE NO. 2:15-CR-190 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: February 12, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1.　By previous order, this matter was set for status on February 12, 2016.

2.　By this stipulation, defendants now move to continue the status conference until May 20, 2016, and to exclude time between February 12, 2016, and May 20, 2016, under Local Code T4.

3.　The parties agree and stipulate, and request that the Court find the following:

　　a)　The government has represented that the discovery associated with this case includes 34,000 pages of interview summaries, computer files, county recorder documents, bank and escrow documents. In addition, seven boxes of bank and escrow documents maintained in paper format, and paper files taken during the execution of a search warrant have been made available for defense review. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendants desire additional time to consult with their clients and review discovery provided.

        c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 12, 2016 to May 20, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

        g)      As well, a time exclusion pursuant to Local Code T2 and 18 U.S.C. § 3161(h)(7)(B)(ii) is appropriate because this case is complex due to the nature of the prosecution and the existence of novel questions of fact and law. The case involves seven defendants and multiple entities alleged to have engaged in transactions relating to approximately 134 properties nationwide. The indictment alleges a multi-step process of facilitating or attempting to facilitate the sale of the properties. Understanding these alleged steps requires review of correspondence, membership documents, bank records, county recorder documents, escrow documents, and bank accounts.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER

2

Dated: February 5, 2016                     BENJAMIN B. WAGNER
                                            United States Attorney


                                            /s/ AUDREY B. HEMESATH
                                            AUDREY B. HEMESATH
                                            Assistant United States Attorney



Dated: February 5, 2016                     /s/ Robert Wilson
                                            ROBERT WILSON
                                            Counsel for Defendant
                                            John Michael DiChiara


Dated: February 5, 2016                     /s/ Bruce Locke
                                            BRUCE LOCKE
                                            Counsel for Defendant
                                            Remus Alan Kirkpatrick


Dated: February 5, 2016                     /s/ Dustin Johnson
                                            DUSTIN JOHNSON
                                            Counsel for Defendant
                                            George B. Larsen


Dated: February 5, 2016                     /s/ Toni White
                                            TONI WHITE
                                            Counsel for Defendant
                                            Laura Marie Pezzi


Dated: February 5, 2016                     /s/ Michael Long
                                            MICHAEL LONG
                                            Counsel for Defendant
                                            Michael Romano

**[PROPOSED] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: February 5, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge