1  **Law Offices of Robert M. Wilson**
   Robert M. Wilson, SBN: 122731
2  770 L Street, Suite 950
   Sacramento, CA 95814
3  Telephone: (916) 441-0888
   RWilson@BusinessCounsel.net

*ATTORNEYS FOR DEFENDANT*
JOHN DICHIARA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN MICHAEL DICHIARA,<br>LAURA MARIE PEZZI,<br>GEORGE B. LARSEN,<br>MICHAEL ROMANO,<br>　　　　　　　　　Defendants. | CASE NO. 2:15-CR-190 GEB<br><br>STIPULATION AND [PROPOSED] ORDER RESETTING MOTION IN LIMINE HEARING DATE AND SETTING BRIEFING SCHEDULE<br><br>TRIAL DATE: September 12, 2017 |

　　　　Plaintiff United States of America ("Government"), by and through its counsel of record, and defendants John Michael DiChiara, Laura Marie Pezzi, George B. Larsen, and Michael Romano. hereby jointly request and stipulate to the adoption of a new motion schedule and to the vacating of the current hearing date of June 9, 2017.  The parties further stipulate that good cause exist for such modification because this case has previously been declared complex by this Court and the government has recently provided additional discovery which needs to be reviewed.

　　　　The stipulation is not intended to apply to defendant Larry TODT.  All motion cut off dates and hearing dates previously set by the court remain in place as to defendant TODT unless otherwise ordered by the Court.

1

On May 20, 2016, this Court found time under the Speedy Trial Act be excluded from May 20, 2016, through the trial date of September 12, 2017, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow reasonable time necessary for effective defense preparation, and because this case is complex due to the nature of the prosecution and the existence of novel questions of fact and law within the meaning of § 3161(h)(7)(B)(ii).

The parties have reviewed the proposed schedule, and hearing date with this Court's courtroom deputy and the dates are acceptable. The parties request the Court adopt the following new briefing schedule and hearing date and an order vacating of the July 14, 2017, as to defendants DICHIARA, PEZZI, LARSON, AND ROMANO only.

Proposed New Schedule for in limine and any motion or notice under Fed.R.Crim.P. 12, 12.1, 12.2, or 12.3.

| | |
|---|---|
| Motions Due: | May 15, 2017 |
| Oppositions Due | June 5, 2017 |
| Hearing Date | July 14, 2017 at 9:00 a.m. |

Dated: April 19, 2017                  Respectfully submitted,

By:   /s/ Robert M. Wilson  
ROBERT M. WILSON  
Counsel for John Michael DICHIARA

PHILLIP A. TALBERT  
United States Attorney

By:

/s/  
(authorized on April 20, 2017)  
AUDREY B. HEMESATH  
Assistant U.S. Attorney

/s/
(authorized on April 20, 2017)
DUSTIN JOHNSON
Counsel for George B. Larsen

/s/
(authorized on April 20, 2017)
TONI WHITE
Counsel for Laura PEZZI

/s/
(authorized on April 20, 2017)
MICHAEL LONG
Counsel for Michael ROMANO

**ORDER**

Good cause appearing, the Court vacates the hearing date of June 9, 2017, as to defendants DICHIARA, PEZZI, LARSON, AND ROMANO only and adopts the following briefing schedule, as to defendants DICHIARA, PEZZI, LARSON AND ROMANO only, for in limine and any motion or notice under Fed.R.Crim.P. 12, 12.1, 12.2, or 12.3.

| | | |
|---|---|---|
| Motions Due | : | May 15, 2017 |
| Oppositions Due | | June 5, 2017 |
| Hearing Date | | July 14, 2017 at 9:00 a.m. before this Court |

Dated:  April 25, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge