| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | AUDREY B. HEMESATH |
| | JILL M. THOMAS |
| 3 | Assistant United States Attorneys |
| | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-190 GEB |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER RE: HEARING DATE |
| v. | |
| JOHN DICHIARA, | |
| Defendant. | |

The United States filed a motion for an order setting a deadline for the production of any expert reports to the extent Defendant John DiChiara intends to present expert evidence of a mental condition bearing on the issue of guilt. CR 142. The parties now stipulate to continue the hearing date on that motion one week, until June 2, 2017.

Respectfully submitted,

Dated: May 25, 2017
PHILLIP A. TALBERT
United States Attorney

By: /s/ AUDREY B. HEMESATH
AUDREY B. HEMESATH
JILL M. THOMAS
Assistant United States Attorney

/s/ ROBERT WILSON
ROBERT WILSON
Attorney for John DiChiara

1

ORDER

The hearing date for the government's motion (CR 142) is reset to June 2, 2017 at 9 am.

Dated: May 26, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2