| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | AUDREY B. HEMESATH<br>JILL M. THOMAS |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-190 GEB |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER RE: DEADLINE FOR EXPERT REPORTS |
| v. | |
| JOHN DICHIARA, | |
| Defendant. | |

The parties stipulate to a further extension of the deadline for Defendant John DiChiara to disclose any expert report to the government. Defendant DiChiara has an appointment with a doctor on June 26, 2017, and any report will be disclosed to the government by July 17, 2017. The government withdraws its motion pending receipt of the defense's expert reports, and requests that the hearing on that motion, currently set for June 2, 2017, be taken off calendar.

//
//
//
//
//
//
//

1

Respectfully submitted,

Dated: June 1, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ AUDREY B. HEMESATH
AUDREY B. HEMESATH
JILL M. THOMAS
Assistant United States Attorney

/s/ ROBERT WILSON
ROBERT WILSON
Attorney for John DiChiara

ORDER

It is so ordered.

Dated: June 1, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge