UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN MICHAEL DICHIARA, et al.,<br><br>    Defendants. | No. 2:15-cr-00190-GEB<br><br>**ORDER** |

In light of responses received regarding the August 14, 2017 Minute Order inquiring about the feasibility of advancing the trial commencement date, ECF No. 181, the trial commencement date in the Trial Confirmation Order is unchanged.

Dated: August 22, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge