| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | AUDREY B. HEMESATH |
| | TODD A. PICKLES |
| 3 | Assistant United States Attorneys |
| | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00190 GEB |
|---|---|
| Plaintiff, | REQUEST TO DISMISS COUNTS 25, 32, AND 40 OF THE INDICTMENT; AND ORDER |
| v. | |
| JOHN MICHAEL DICHIARA, *et al*., | |
| Defendants. | |

In the interests of justice, the United States of America, through Assistant United States Attorneys Audrey B. Hemesath and Todd A. Pickles, hereby requests to dismiss Counts 25, 32, and 40 of the Indictment against defendant John Michael DiChiara and Count 32 against defendant George Larsen in the interest of justice.

The United States also requests dismissal of the criminal forfeiture allegation against defendants John Michael DiChiara, George Larsen, and Larry Todt, in the interest of justice.

Respectfully submitted,

DATED: August 31, 2017

PHILLIP A. TALBERT
United States Attorney

 */s/ Audrey B. Hemesath*
AUDREY B. HEMESATH
TODD A. PICKLES
Assistant United States Attorneys

For the UNITED STATES OF AMERICA

REQUEST TO DISMISS COUNTS; [PROPOSED] ORDER

1

# ORDER

This matter came before the Court on the United States's request to dismiss Counts 25, 32, and 40 of the Indictment against defendant John Michael DiChiara and Count 32 against George Larsen in the interests of justice. The Court hereby ORDERS that Counts 25, 32, and 40 of the Indictment are DISMISSED against defendant John Michael DiChiara and that Count 32 of the Indictment is DISMISSED against defendant George Larsen.

The Court furthers dismisses the criminal forfeiture allegation against defendants John Michael DiChiara, George Larsen, and Larry Todt.

IT IS SO ORDERED.

Dated: September 5, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge