UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN MICHAEL DICHIARA, et al,<br><br>    Defendants. | No. 2:15-cr-00190-GEB<br><br>**RULING ON IN LIMINE MOTION** |

The United States of America ("Government") filed a motion for in limine rulings on August 18, 2017, which it augmented by clarifying certain matters addressed in an opposition brief opposing part of the motion. The Government moves for an order ruling that:

> "the bank and title records and recorded documents, including deeds of trust, [which] the United States intends to introduce at trial are self-authenticating under [Federal Rule of Evidence ("FRE")] 902(4) and 902(11) and admissible under the exceptions to hearsay under FRE 803(6), 803(8), and 808(15), such that the United States will not need to call custodians of record as witnesses to admit these records."

Gov't. Mot. in Lim., 5:4-8, ECF No. 191.

Defendants John Dichiara and George Larsen oppose part of the motion arguing "the Government should be required to produce the custodian or another qualified person to authenticate the documents they now seek to get admitted via certification." Def.'s Opp'n, 2:1-2, ECF No. 200. The Government replies arguing:

> "In its opposition [Dckt. No. 200], defendants John Michael DiChiara and George

1

> Larsen oppose only the portion of the United States's motion in limine no. 2 that seeks admission of business records that are accompanied by a certificate under Federal Rule of Evidence 902(11) [Dckt. No. 191]. The defendants do not address the United States's request for admission of certified public records, and the Court should therefore grant that portion of the motion as it is unopposed."

Gov't. Reply, 1:18-22, ECF No. 212.

It is clear that for admission, a record of a regularly conducted business activity and a public record must be proven by testimony of the custodian or another qualified witness or by a certification that complies with FRE 902(4) or 902(11). Defendants have not shown that the records involved in the Government's motion cannot be admitted as the Government states. Therefore, the Government's August 18, 2017 motion for in limine rulings is granted.

Dated: September 7, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge