UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-cr-00190-GEB |
| Plaintiff, | |
| v. | **ORDER** |
| JOHN MICHAEL DICHIARA, et. al., | |
| Defendants. | |

Trial is scheduled to commence in this action at 9:00 a.m. on September 13, 2017. The trial commencement date was changed from September 12, 2017, to September 13, 2017, as a result of Defendant John DiChiara's attorney's September 11, 2017 filing in which he states in pertinent part:

> DiChiara was seen at the UC Davis Emergency Department for symptoms of a possible stroke. Counsel for Mr. DiChiara has spoken to Paige Dersteeg, Emergency Room Charge Nurse, who has confirmed Mr. DiChiara will be admitted to the hospital. I subsequently spoke with Barbara Alkema RN, who is attending to Mr. DiChiara. She confirmed that Mr. DiChiara had a stroke and will be admitted to the neurology floor for further care.
>
> Counsel for Mr. DiChiara alerted counsel for the government and the courtroom deputy of the emer[g]ency room visit via email at 12:38 p.m. and have been keeping the court and government apprise[d] as updates are available.

Notice of Hospitalization of Def. John DiChiara 1:21-2:1, ECF No. 250.

1

Without providing the Court with more information, DiChiara filed a conclusory motion on September 11, 2017, stating in essence the following:

> [DiChiara] moves to continue the trial currently set to commence September 12, 2017. The basis for the continuance is Mr. DiChiara's recent hospitalization with a stroke and his unavailability for trial and his unavailability to assist counsel in his defense.
>
> . . . .
>
> Based on the above, it is requested that this court vacate the trial date as to Mr. DiChiara and the matter for either a new trial date of preferably a status conference in 30 days to assess Mr. DiChiara's medical condition and availability to assist counsel and for trial.

Def.'s Req. to Continue Trial 1:21–2:2, ECF No. 253.

This request does not explain whether DiChiara will be able to attend the trial now scheduled to commence on September 13, 2017, nor whether there is a valid medical basis for him not being present during the trial.

A Minute Order issued on September 11, 2017 concerning the previous September 12, 2017 trial commencement date, in part, since numerous potential jurors were about to be told to report for jury service, and it was unclear whether trial would proceed on September 12, 2017 as it was then scheduled. The United States responded to the Minute Order asking the Court for a one day continuance of the trial "for the purpose of allowing the Court and the parties to obtain [information regarding DiChiara's availability for trial] from counsel for Mr. DiChiara." Gov't's Resp. to Min. Order 1:23–24, ECF No. 252. The United States also stated: "Thereafter, the Court and the parties can determine the

appropriate course of action, possibly to include the severance of Mr. DiChiara." Id. at 1:24-25.

The Judge must know what the parties intend to do as soon as possible, and whether DiChiara has a valid reason for not confirming that he will attend trial as now scheduled. Potential jurors have been summoned to appear at the trial, and the Jury Administrator will confirm potential jurors' attendance at the trial commencement proceeding later today. Responses to this order shall be filed as soon as possible and no later than 1:00 p.m. today.

Dated: September 12, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge