UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cr-00190-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER FILING ATTACHED EMAIL COMMUNICATION** |
| JOHN MICHAEL DICHIARA, et al., | |
| Defendant. | |

The court received the attached email communication concerning Defendant John DiChiara's motion to vacate the September 13, 2017 trial commencement date. DiChiara's counsel stated at the September 12, 2017 hearing on the motion that he has no objection to the email being filed on the public docket.

Dated: September 12, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge