1  PHILLIP A. TALBERT
   United States Attorney
2  AUDREY B. HEMESATH
   TODD A. PICKLES
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8                      IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-190 GEB |
|---|---|
12 | Plaintiff, | PROPOSED FINDINGS AND PROPOSED ORDER RE: EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |
13 | v. | |
14 | JOHN MICHAEL DICHIARA, GEORGE LARSEN, and LARRY TODT, | |
15 | Defendants. | |

   As a supplement to the Court's exclusion of time to the new trial date of November 28, 2017, the United States asks the Court to make the following factual findings:

   1. The defendant John Michael DiChiara is unavailable for trial due to his suffering a stroke and admission to the hospital. According to his current treating physician, Mr. DiChiara is expected to recover to the point of being able to participate in a trial within 30-60 days. Time is therefore excludable under Local Codes M & O, 18 U.S.C.§ 3161(h)(3)(A) & (h)(4).

   2. Time is also excludable as to defendants Todt and Larsen under Local Code R, as unsevered co-defendants. 18 U.S.C. §3161(h)(6).

   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 12, 2017 to November 28, 2017, inclusive, is excludable.

Dated: September 12, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ AUDREY B. HEMESATH
AUDREY B. HEMESATH
TODD A. PICKLES
Assistant U.S. Attorneys

For the United States of America

ORDER

It is so found and ordered.

Dated: September 12, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge