PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0190 GEB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| GEORGE LARSEN, *et al.*, | |
| Defendants. | |

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Joan B. Hangarter give testimony or provide other information which she refuses to give or to provide information with respect to her knowledge concerning her interactions with one or more of the defendants in this case and/or the sale of a property in connection with the charged conspiracy and fraud scheme in the above-referenced case, on the basis of her privilege against self-incrimination as to all matters about which she may be asked to testify in this trial, or subsequent trials in this case.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Joan B. Hangarter in any criminal case, except that Joan B. Hangarter shall not be exempted by this order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to comply with this order, and that immunity granted herein is co-extensive with 18

Order re: Immunity and Requiring Testimony        1

U.S.C. § 6002.

IT IS SO ORDERED.

DATED: 11-28, 2017

HON. GARLAND E. BURRELL, JR.
Senior United States District Judge