**Law Offices of Robert M. Wilson**
Robert M. Wilson, SBN: 122731
770 L Street, Suite 950
Sacramento, CA 95814
Telephone: (916) 441-0888
RWilson@CriminalDefenseAtty.netJ
***ATTORNEY FOR DEFENDANT***
***JOHN MICHAEL DICHIARA***

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:15-cr-190 GEB |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND PROPOSED ORDER TO CONTINUE THE STATUS CONFERENCE FROM FEBRUARY 23, 2018 TO JULY 20, 2018 AND EXCLUDE TIME** |
| JOHN MICHAEL DICHIARA | ) | |
| Defendant. | ) | |

STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the parties and their attorneys, Audrey Hemesath, Assistant United States Attorney, and Robert M. Wilson, attorney for John DiChiara, that the status conference date of Friday, February 23, 2018, should be continued to Friday, July 20, 2018, and time should be excluded under the Speedy Trial Act. The parties further stipulate as follows:

1. On September 11, 2017, defendant John DiChiara filed a Notice of Hospitalization and Request to Continue the Trial in this matter. (ECF 250, 253). Thereafter, this Court continued the trial set for September 12, 2017, to November 28, 2017, and found excludable time pursuant

1

to Local Code N from September 12, 2017, to November 28, 2017. (ECF 265) Unfortunately, Mr. DiChiara's medical condition did not improve, and a further Status Conference was held on October 27, 2017, wherein this Court determined Mr. DiChiara would not be available for the November 28, 2017, trial due to his medical condition, and granted the government's request to sever Mr. DiChiara from his co-defendant and set a further status conference for February 23, 2018 ( ECF 277).

2. Medical records have been provided to the government, and the government has spoken with Mr. DiChiara's cardiologist and confirmed that Mr. DiChiara has multiple medical co-morbidities which have made him severely deconditioned and would preclude him from participating in a trial for at least the next six months. Specifically, Mr. DiChiara's co-morbidities are a recent triple cardiac bypass, heart failure, deconditioning, falls and history of strokes. His current diagnosis is coronary artery disease, heart failure, and strokes followed by a triple bypass. Additionally, Mr. DiChiara suffers from kidney disease and is being followed by a nephrologist. A letter provided to the government from the nephrologist indicates that Mr. DiChiara suffers from chronic kidney disease and his comorbidities preclude him from participating in any trial work for at least six months.

3. In light of Mr. DiChiara's failing health condition and his inability for Mr. DiChiara to assist counsel in preparation for trial, the parties wish to continue the current status conference set for February 23, 2018, to July 20, 2018.

4. The defendant, John DiChiara, is currently out of custody.

5. The parties stipulate that such continuance on the basis of that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The parties further stipulate the continuance is necessary, as Mr. DiChiara is currently physically incapable of attending and participating in trial, such that time exclusion is

2

**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERECE**

again appropriate under Local Code N, 18 U.S.C. 3161(h)(4). Furthermore, defense counsel is still reviewing discovery, trial transcripts, meeting with his client, and investigating information as well as conducting additional research and as such time exclusion is appropriate under Local Code T-4.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excludable from the period within which a trial must commence.

IT IS SO STIPULATED that the time between February 23, 2018 and July 20, 2018 should be excluded from the Speedy Trial calculation pursuant to 18 U.S.C.§§ 3161(h)(7)(A), B(iv) [Local Code T4] and 3161(h)(4) [Local Code N] for defense preparation and due to Mr. DiChiara's comorbidities and inability to assist counsel with the preparation for trial or participation in trial and his necessity to participate in medical rehabilitation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.


Dated: February 21, 2018        /s/ Robert M. Wilson
                                          ROBERT WILSON
                                          Counsel for Defendant
                                          JOHN DICHIARA


Dated: February 21, 2018        MCGREGOR SCOTT
                                          United States Attorney


                                          /s/ Audrey Hemersath
                                          AUDREY HEMESATH
                                          Assistant United States Attorneys

1

2

3

4

5

6

7        IT IS SO ORDERED.

8        The status conference presently set for February 23, 2018 at 9:00 A.M., is hereby

9  continued to July 20, 2018 at 9:00 A.M., and time under the Speedy Trial Act will be excluded

10  from February 23, 2018  through July 20, 2018 pursuant to 18 U.S.C.§§ 3161(h)(7)(A), B(iv)

11  [Local Code T4] and 3161(h)(4) [Local Code N] due to the unavailability of the defendant and

12  further representations of the parties in their stipulation.  The Court finds that the ends of justice

13  served by granting this continuance outweigh the best interests of the public and the defendant in

14  a speedy trial.

15        Dated:  February 21, 2018

16

17

18

19        _____

20        GARLAND E. BURRELL, JR.
          Senior United States District Judge

21

22

23

24

25

26

27

28

                                    4