**Law Offices of Robert M. Wilson**
Robert M. Wilson, SBN: 122731
770 L Street, Suite 950
Sacramento, CA 95814
Telephone: (916) 441-0888
RWilson@CriminalDefenseAtty.net
***ATTORNEY FOR DEFENDANT
JOHN MICHAEL DICHIARA***

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:15-cr-190 GEB |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND PROPOSED ORDER TO CONTINUE THE STATUS CONFERENCE FROM JULY 20, 2018 TO AUGUST 24, 2018 AND EXCLUDE TIME** |
| JOHN MICHAEL DICHIARA, | ) | |
| Defendant. | ) | |

STIPULATION

IT IS <u>HEREBY</u> STIPULATED AND AGREED between the parties and their attorneys, Audrey Hemesath, Assistant United States Attorney, and Robert M. Wilson, attorney for John DiChiara, that the status conference date of Friday, July 20, 2018, should be continued to Friday, August 24, 2018, and time should be excluded under the Speedy Trial Act. The parties further stipulate as follows:

1. On September 11, 2017, defendant John DiChiara filed a Notice of Hospitalization and Request to Continue the Trial in this matter. (ECF 250, 253). Thereafter, this Court continued the trial set for September 12, 2017, to November 28, 2017, and found excludable time pursuant

1
**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERECE**

to Local Code N from September 12, 2017, to November 28, 2017. (ECF 265) Unfortunately, Mr. DiChiara's medical condition did not improve, and a further Status Conference was held on October 27, 2017, wherein this Court determined Mr. DiChiara would not be available for the November 28, 2017, trial due to his medical condition, and granted the government's request to sever Mr. DiChiara from his co-defendant and set a further status conference for February 23, 2018 ( ECF 277).

2. Prior medical records have been provided to the government, and the government has previously spoken with Mr. DiChiara's cardiologist and confirmed that Mr. DiChiara has multiple medical co-morbidities which have made him severely deconditioned and would preclude him from participating in a trial for at least the next six months. Specifically, Mr. DiChiara's co-morbidities are a recent triple cardiac bypass, heart failure, deconditioning, falls and history of strokes. His current diagnosis is coronary artery disease, heart failure, and strokes followed by a triple bypass. Additionally, Mr. DiChiara suffers from kidney disease and is being followed by a nephrologist. A letter provided to the government from the nephrologist indicates that Mr. DiChiara suffers from chronic kidney disease and his comorbidities preclude him from participating in any trial work for at least six months. Based on the above information the parties stipulated to continue the matter until July 20, 2018.

3. Additional updated medical records have been sought, but have not yet been provided. Counsel for Mr. DiChiara has spoken with Mr. Dichiara and has been advised that Mr. DiChiara remains in frail health and has been referred to a hemotologist for evaluation of blood disorder. Attempts to contact Mr. DiChiara's doctor for a written or verbal update has taken longer than expected due to recent medical complication and the referral of Mr. DiChiara to a hematologist specialist. Additional time is required to obtain updated medical records and to give counsel time to speak with Mr. DiChiara's treating physcians so that an accurate assessment of Mr.

**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERECE**

DiChiara's medical condition can be provided to the government and court for review and consideration.

In light of the additional time required to obtain medical information necessary to assess Mr. DiChiara's health condition and his ability for Mr. DiChiara to assist counsel in preparation for trial, the parties wish to continue the current status conference set for July 20 to August 24, 2018.

4. The defendant, John DiChiara, is currently out of custody.

5. The parties stipulate that such continuance on the basis of that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The parties further stipulate the continuance is necessary, as Mr. DiChiara is currently physically incapable of attending and participating in trial, such that time exclusion is again appropriate under Local Code N, 18 U.S.C. 3161(h)(4). Furthermore, defense counsel is still reviewing discovery, trial transcripts, meeting with his client, and investigating information as well as conducting additional research and as such time exclusion is appropriate under Local Code T-4.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excludable from the period within which a trial must commence.

IT IS SO STIPULATED that the time between July 20, 2018 and August 24, 2018 should be excluded from the Speedy Trial calculation pursuant to 18 U.S.C.§§ 3161(h)(7)(A), B(iv) [Local Code T4] and 3161(h)(4) [Local Code N] for defense preparation and due to Mr. DiChiara's comorbidities and inability to assist counsel with the preparation for trial or participation in trial and his necessity to participate in medical rehabilitation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests

of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

Dated: July 19, 2018  /s/ Robert M. Wilson
ROBERT WILSON
Counsel for Defendant
JOHN DICHIARA

Dated: July 19, 2018  MCGREGOR SCOTT
United States Attorney

/s/ Audrey Hemersath
AUDREY HEMESATH
Assistant United States Attorney

IT IS SO ORDERED.

The status conference presently set for July 20, 2018 at 9:00 A.M., is hereby continued to August 24, 2018 at 9:00 A.M., and time under the Speedy Trial Act will be excluded from July 20, 2018 through August 24, 2018 pursuant to 18 U.S.C.§§ 3161(h)(7)(A), B(iv) [Local Code T4] and 3161(h)(4) [Local Code N] due to the unavailability of the defendant and further representations of the parties in their stipulation. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: July 19, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

4
**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERECE**