UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cr-00190-GEB |
|---|---|
| Plaintiff, | |
| v. | **SEALING ORDER** |
| JOHN MICHAEL DICHIARA, et al., | |
| Defendants. | |

On September 4, 2018, Appointed Counsel for John DiChiara, Robert Wilson, emailed the Courtroom Deputy Clerk a copy of a letter from Mr. DiChiara to Mr. Wilson requesting that Mr. Wilson immediately relieve himself as Mr. DiChiara's counsel. Later that day, Mr. Wilson filed a sealing request on the public docket in which he seeks to have filed under seal "a letter from Mr. DiChiara requesting he be relieved as counsel," and he states the "attached letter" is to "be sealed." Notice of Request to Seal Document, ECF No. 454. However, there is no "attached letter." Mr. Wilson requests that the letter be sealed "[b]ecause the letter concerns appointment of counsel, pursuant to the Criminal Justice Act of 1964, as amended, 18 U.S.C. § 3006A and of the Criminal Justice Act Plan adopted by the judges of the Eastern District of California and approved by the Ninth Circuit on July 27, 2017, the defendant's attorney-client privilege." Notice of Request

1

1  to Seal Document, ECF No. 454.

2        Mr. DiChiara faxed the following documents to the
3  undersigned judge using the fax number provided on a public court
4  website[1]: a "Fax Cover Sheet" transmitted on August 29, 2018 at
5  7:48 p.m. in which Mr. DiChiara states in the comment section of
6  the "Fax Cover Sheet": "Letter to attorney Robert Wilson," and
7  attached to this "Fax Cover Sheet" is the same letter Mr. Wilson
8  emailed the Courtroom Deputy Clerk requesting that Mr. Wilson
9  immediately relieve himself as Mr. DiChiara's counsel. A
10 subsequent "Fax Cover Sheet" was also transmitted by Mr. DiChiara
11 to the undersigned judge on August 29, 2018 at 8:51 p.m. in which
12 Mr. DiChiara states in the comment section of the "Fax Cover
13 Sheet": "Please disregard prior faxed message it was sent
14 accidentally by John-Michael DiChiara." Mr. DiChiara indicates
15 in his second fax that he accidentally faxed the undersigned
16 judge his letter. In the letter, Mr. DiChiara seeks to replace
17 Mr. Wilson, his counsel appointed under the Criminal Justice Act
18 ("CJA"), with another appointed counsel under the CJA.

19       A hearing on Mr. DiChiara's request for another CJA
20 lawyer was scheduled September 7, 2018; however, Mr. Wilson
21 stated at that hearing that Mr. DiChiara elected to attend a
22 funeral service, rather than attend the hearing. Therefore,

---

[1] The fax number Mr. DiChiara used is for a fax machine that is not located in chambers and should not have been placed on the public court website. The undersigned judge has issued a directive requiring the removal of the referenced fax number. Further, faxed communications can be disregarded and this principle is prescribed in Local Rule 133(e)(4) as follows: "Documents directly faxed to the Clerk or to a chambers of the Court will not be filed, lodged, received, returned, or acknowledged, absent an express order of the Court." Mr. DiChiara's faxed communications to chambers will be filed under seal, notwithstanding his statement that he sent the referenced letter by accident, in light of certain accusations in the letter. Further, Mr. Wilson requests the letter be filed under seal.

another hearing is scheduled to commence at 9:00 a.m. on September 21, 2018; **Mr. DiChiara shall personally appear in court at this scheduled hearing.**

This order shall be filed on the public docket and the Clerk of the Court shall file the following documents under seal: 1) Fax Cover Sheet Transmitted on August 29, 2018 at 7:48 p.m., 2) Attached Letter Regarding Mr. DiChiara's Counsel, and 3) Fax Cover Sheet Transmitted on August 29, 2018 at 8:51 p.m. **The Clerk of Court shall state the following in the docket text concerning these sealed filings: "Mr. DiChiara's communications concerning his appointed counsel." The sealed documents shall be served only on counsel for Defendant John DiChiara.**

**Dated:   September 10, 2018**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3