UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cr-00190-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT'S USE OF AN ASSERTED CARETAKER AT THE SEPTEMBER 28, 2018 SCHEDULED IN CAMERA PROCEEDING AND SEALING DEFENDANT'S FOUR PAGE COMMUNICATIION; AND AN OSC CONCERNING QUESTIONS B-D on PAGE 4 OR WHAT WAS SAID TO BE THE LAST PAGE** |
| JOHN MICHAEL DICHIARA, | |
| Defendant. | |

On September 21, 2018, immediately before an in camera proceeding on Defendant's request to have his appointed counsel under the Criminal Justice Act ("CJA") be replaced by another appointed counsel under the CJA, the Defendant stated in open court that he wanted an individual present in the courtroom to be his "caretaker" who would speak for him during the September 21, 2018 in camera proceeding.

Once the courtroom was closed for the in camera proceeding, the individual acting as Defendant's asserted caretaker began reading a communication the Defendant wrote. The undersigned interrupted that individual's reading and inquired about the page length of the communication. That individual responded it contained four pages. The undersigned then directed

1

the Courtroom Deputy Clerk to obtain the communication and to make two copies of it. Subsequently, a copy was given to Defendant's counsel and the undersigned stated the remaining copy would be filed under seal. The proceeding was then adjourned and rescheduled to commence at 10:00 a.m. on September 28, 2018.

However, since Defendant has not shown a need for a caretaker at the scheduled September 28, 2018 in camera proceeding, his counsel shall inform the Defendant that his asserted caretaker is not authorized to attend the scheduled in camera proceeding, and that Defendant's personal appearance at the scheduled September 28, 2018 in camera hearing is required.

**The four-page communication shall be filed under seal and the Clerk of the Court shall state in the Docket Text concerning this sealed filing the following: Defendant's sealed four-page communication regarding his request for new appointed counsel. However, Defendant shall show cause at the September 28, 2018 in camera proceeding why the questions he asks in (b)-(d) on page four (or what was said to be the last page) should not be filed on the public docket.**

Further, the sealed filing shall not be served on any party.

Dated: September 25, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge