UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cr-00190-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER SEALING TWO-PAGE DOCUMENT PROVIDED DURING IN CAMERA PROCEEDING** |
| JOHN MICHAEL DICHIARA, | |
| Defendant. | |

During the February 22, 2019 in camera proceeding held in this case concerning a request for another appointed counsel under the Criminal Justice Act, a two-page document was provided to the judge, which shall be filed under seal. The Clerk of Court shall file this two-page document under seal and state in the Docket Text: "two-page document given to the judge during in camera proceeding."

Dated: February 22, 2019

GARLAND E. BURRELL, JR.
Senior United States District Judge