**Law Offices of Robert M. Wilson**
Robert M. Wilson, SBN: 122731
770 L Street, Suite 950
Sacramento, CA 95814
Telephone: (916) 441-0888
RWilson@CriminalDefenseAtty.net
***ATTORNEY FOR DEFENDANT***
***JOHN MICHAEL DICHIARA***

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> . ) <br> JOHN MICHAEL DICHIARA ) <br> ) <br> Defendant. ) | Case №: 2:15-cr-190 GEB <br><br> **STIPULATION AND PROPOSED ORDER RELEASING SEALED TRANSCRIPT TO DEFENSE COUNSEL** |

STIPULATION

On February 22, 2019, this Court held an in camera hearing concerning the status of counsel. Counsel for the defendant now seeks a transcript of those proceeding from the court reporter.

.IT IS HEREBY STIPULATED AND AGREED between the parties and their attorneys, Audrey Hemesath, Assistant United States Attorney, and Robert M. Wilson, attorney for John DiChiara, that the in-camera proceedings held in this matter on February 22, 2019, were and are, subject to court order, intended to remain confidential and sealed. The parties further stipulate

1
**STIPULATION AND PROPOSED ORDER RELEASING SEALED TRANSCRIPT TO DEFENSE COUNSEL**

and agree that notwithstanding the request by defense counsel for a transcript, the proceedings and any transcript shall be sealed until further order of court.

IT IS SO STIPULATED.

Dated: February 25, 2019            /s/ Robert M. Wilson
ROBERT WILSON
Counsel for Defendant
JOHN DICHIARA

Dated: February 25, 2019            MCGREGOR SCOTT
United States Attorney

/s/ Audrey Hemesath
AUDREY HEMESATH
Assistant United States Attorneys

IT IS SO ORDERED.

The court reporter is directed to produce a transcript of the in camera proceedings held on February 22, 2019, and make it available to defense counsel on an expedited basis. The transcript shall be filed under seal. Defense counsel is authorized to share the transcript with the panel administrator or any other governing body charged with overseeing counsel's quality of representation.

Dated: February 26, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2
**STIPULATION AND PROPOSED ORDER RELEASING SEALED TRANSCRIPT TO DEFENSE COUNSEL**