ROBERT M. WILSON (SBN 122731)
LAW OFFICES OF ROBERT M. WILSON
770 L Street, Suite 950
Tel. (916) 441-0888
Fax (916) 927-0701
E-Mail: RWilson@BusinessCounsel.net

Attorney for Defendant
JOHN DSICHIARA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-CR-00190 GEB |
| Plaintiff, | STIPULATION REGARDING TERMINATION OF PRETRIAL SUPERVISION; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| JOHN DICHIARA, | |
| Defendants. | |

**STIPULATION**

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Audrey Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Robert M. Wilson, attorney for defendant John DiChiara, that Mr. DiChiara's pre-trial supervision should be terminated and that he should remain out of custody on the presently set $100,000 unsecured appearance bond. As a condition of his release, Mr. DiChiara shall comply with all federal, state, and local laws.

1

Pretrial Services indicates Mr. DiChiara has done exceedingly well on supervision. On September 25, 2015, the Court ordered Mr. DiChiara released on conditions of pretrial supervision and a $100,000 unsecured appearance bond. (Doc. Nos. 24, 33 and 34.) Mr. DiChiara has remained on pre-trial supervision since that time without incident. Based on the foregoing, the parties stipulate that Mr. DiChiara pre-trial supervision should be terminated, he be ordered released on the presently set $100,000 unsecured appearance bond, and that condition number eight should remain in effect.

IT IS SO STIPULATED.

Dated: April 9, 2019         U.S. ATTORNEY

                             by: // Robert M. Wilson as authorized 4/9/2019
                             AUDREY HEMESATH
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

Dated: April 9, 2019         /s/ Robert M. Wilson
                             ROBERT M. WILSON
                             Attorney for Defendant
                             JOHN DICHIARA

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, that pre-trial supervision be terminated, that he remains released on the presently set $100,000 unsecured appearance bond, and that condition number five of his special conditions of pre-trial release, concerning his passport, shall remain in effect. As a condition of his pretrial release, Mr. DiChiara shall comply with all federal, state, and local laws.

Dated April 10, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE