McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-190 GEB |
| Plaintiff, | MOTION TO DISMISS CHARGES AGAINST DEFENDANT JOHN MICHAEL DICHIARA |
| v. | |
| JOHN MICHAEL DICHIARA, | |
| Defendant. | |

The government moves to dismiss the charges in the indictment against the above-named

defendant. The government has received confirmation from the defense that the defendant passed away

on August 24, 2019.


 Dated: September 24, 2019                           McGREGOR W. SCOTT
                                                     United States Attorney


                                            By:  /s/ AUDREY B. HEMESATH

                                                 AUDREY B. HEMESATH
                                                 Assistant United States Attorney

1

ORDER

It is so ordered.

Dated:  October 2, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge